UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARL W. SCHENKER,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SGT. KLEYMANN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-00588-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Karl Schenker moves to dismiss this action without prejudice, arguing that he cannot defend or cure the defects identified with his operative pleading due to his brain condition. (ECF No. 8.) Schenker's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF No. 8) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF Nos. 1, 4) is denied as moot.

DATED THIS 9th Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE